

**ORDERED in the Southern District of Florida on September 27, 2017.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

|  |  |
|---|---|
| In re: | CASE NO.  17-19338-BKC-RAM |
|  | CHAPTER   11 |
| LIGHTRAY CAPITAL, LLC, |  |
| Debtor. |  |

**ORDER DENYING THE UNITED STATES TRUSTEE'S MOTION TO DISMISS**

The Court conducted a hearing on September 26, 2017, on an Emergency Motion for an Order Dismissing Cases with Prejudice and to Shorten Notice (the "Motion to Dismiss") [DE #38] filed by the United States Trustee (the "UST").  The UST's Motion to Dismiss was filed on September 22, 2017, nearly a month after the largest creditor in this case, Banque Havilland S.A. (the "Bank"), moved the Court for entry of an order dismissing this bankruptcy case [DE #17].  Prior to the September 26, 2017 hearing, the Bank and

1

the Debtor negotiated an agreed order that was submitted to the Court for approval and that, *inter alia*, provides for dismissal of this bankruptcy case with a two-year prejudice period. The Debtor's agreement to dismissal of its bankruptcy case with prejudice mooted, for the most part, the UST's Motion to Dismiss. Therefore, and for the additional reasons stated on the record at the hearing, which are incorporated here by reference, it is –

**ORDERED** that the Motion to Dismiss is denied without prejudice to the UST moving the Court to amend its dismissal Order to reserve jurisdiction for the UST to further investigate, or otherwise act upon, the allegations made in the Motion to Dismiss.

###

Copies to:

Eyal Berger, Esq.
Leyza F. Blanco, Esq.
Steven D. Schneiderman, Esq.

Kurt F. Gwynne
1201 Market St #1500
Wilmington, DE 19801